UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FELICITO EGUILOS AND FELICIANA EGUILOS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO, a business form unknown, GOLDEN WEST SAVINGS; DOES I through X, inclusive, and ROE CORPORATIONS, I through V, inclusive,<br><br>　　　　Defendants. | Case No:  C 11-2019 SBA<br><br>**ORDER OF DISMISSAL** |

　　Plaintiffs have failed to respond to the Court's Order to Show Case Re Dismissal (Dkt. 11), which directed them to show cause in writing by December 22, 2011 why the instant action should not be dismissed under Federal Rules of Civil Procedure 4(m) and 41(b).  Having received no response from Plaintiffs,

　　IT IS HEREBY ORDERED THAT the instant action is DISMISSED without prejudice.

　　IT IS SO ORDERED.

Dated: January 17, 2012

　　　　　　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EGUILOS et al,

    Plaintiff,

 v.

WELLS FARGO BANK et al,

    Defendant.
_____/

Case Number: CV11-02019 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Feliciana Eguilos
2111 Gaynor Avenue
Richmond, CA 94801

Felicito Eguilos
2111 Gaynor Avenue
Richmond, CA 94801

Dated: January 17, 2012
                                    Richard W. Wieking, Clerk

                                    By: LISA R CLARK, Deputy Clerk